```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                         DISTRICT OF NEBRASKA

STEAMFITTERS AND PLUMBERS     )
LOCAL UNION NO. 464 WELFARE   )
FUND, et al.,                 )
                              )
          Plaintiffs,         )         8:04CV639
                              )
     v.                       )
                              )
ENTERPRISE CONSTRUCTION, INC.,)         ORDER
                              )
          Defendant.          )
_____)
```

IT IS ORDERED that the plaintiffs shall file a report on or before June 1, 2007, as to the status of the bankruptcy proceeding of defendant.

DATED this 30th day of April, 2007.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                                 LYLE E. STROM, Senior Judge
                                 United States District Court