IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEAMFITTERS AND PLUMBERS  )<br>LOCAL UNION NO. 464 WELFARE  )<br>FUND, et al.,                )<br>                              )<br>            Plaintiffs,       )<br>                              )<br>      v.                      )<br>                              )<br>ENTERPRISE CONSTRUCTION, INC.,)<br>                              )<br>            Defendant.        )<br>_____) | | 8:04CV639<br><br><br><br><br><br><br>ORDER |

　　　　Pursuant to the status report (Filing No. 15) filed by plaintiffs advising that the bankruptcy action is now closed,

　　　　IT IS ORDERED that the stay previously entered in this matter (Filing No. 10) is lifted.

　　　　DATED this 29th day of May, 2007.

　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　　　United States District Court