IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | |
|---|---|
| STEAMFITTERS AND PLUMBERS )<br>LOCAL UNION NO. 464 WELFARE )<br>FUND, et al., )<br>) <br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ENTERPRISE CONSTRUCTION, INC., )<br>)<br>Defendant. )<br>_____) | 8:04CV639<br><br><br><br>ORDER |

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Friday, August 24, 2007, at 9:30 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 3rd day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court