IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| STEAMFITTERS AND PLUMBERS ) | | |
| LOCAL UNION NO. 464 WELFARE ) | | |
| FUND, et al., ) | | |
| ) | | |
| Plaintiffs, ) | 8:04CV639 | |
| ) | | |
| v. ) | | |
| ) | | |
| ENTERPRISE CONSTRUCTION, INC.,) | ORDER | |
| ) | | |
| Defendant. ) | | |
| _____) | | |

　　　　This matter is before the Court after the stay was lifted (Filing No. 16) and no further action has been taken. Accordingly,

　　　　IT IS ORDERED that plaintiffs shall show cause in writing, on or before December 14, 2007, why this action should not be dismissed for lack of prosecution.

　　　　DATED this 20th day of November, 2007.

　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　/s/ Lyle E. Strom
　　　　　　　　　　　　　_____
　　　　　　　　　　　　　LYLE E. STROM, Senior Judge
　　　　　　　　　　　　　United States District Court