IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
STEAMFITTERS AND PLUMBERS      )
LOCAL UNION NO. 464 WELFARE    )
FUND, et al.,                  )
                               )
          Plaintiffs,          )      8:04CV639
                               )
     v.                        )
                               )
ENTERPRISE CONSTRUCTION, INC., )      ORDER
                               )
          Defendant.           )
_____)
```

     This matter is before the Court on plaintiffs' response to the Court's show cause order and motion for extension of time with suggestions in support (Filing No. 22).  The Court finds said extension should be granted.  Accordingly,

     IT IS ORDERED that said motion is granted; plaintiffs shall have until December 31, 2007, to file their motion for default judgment.

     DATED this 14th day of December, 2007.

                     BY THE COURT:

                     /s/ Lyle E. Strom
                     _____
                        LYLE E. STROM, Senior Judge
                        United States District Court